# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANA ANDREW CASAUS,<br><br>Defendant. | 2:06-cr-0036-KJD-PAL |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, on July 5, 2006, defendant DANA ANDREW CASAUS pled guilty to a One Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1) and agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Indictment.

AND WHEREAS, pursuant to Fed. R. Crim.P. 32.2(b)(1), this Court finds that the United States of America has shown a nexus between property set forth in the Forfeiture Allegation of the Indictment and the offense to which defendant DANA ANDREW CASAUS pled guilty.

AND WHEREAS, the following is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

    a Smith and Wesson, .38 caliber revolver, serial number 384832.

AND WHEREAS, by virtue of the guilty plea, the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest of DANA ANDREW CASAUS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of America shall publish at least once a week for three successive weeks in a newspaper of general circulation, notice of this Order, notice of intent to dispose of the property in such a manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. A copy of the petition shall be served upon the United States Attorney's Office. The notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described asset.

DATED this 12TH day of JULY, 2006.

_____
UNITED STATES DISTRICT JUDGE