UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANA ANDREW CASAUS,<br><br>Defendant. | Case No: 2:06-cr-036-KJD-PAL<br><br>**ORDER FOR PLACEMENT IN THE RESIDENTIAL RE-ENTRY CENTER** |
|---|---|

Presently before the court is the matter of <u>United States v. Dana Andrew Casaus</u>.

On January 8, 2013, this Court held a hearing for revocation of supervised release as to defendant DANA ANDREW CASAUS. The Court agreed to modify Mr. Casaus's supervision to include his residence in the residential re-entry center/Halfway House for four (4) months.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Dana Andrew Casaus reside in a residential re-entry center/Halfway House for four (4) months.

DATED this 8th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE



1